UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MOODY,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES,<br><br>   Defendant. | Case No. 18-cv-00788-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

   This federal tort claim suit is DISMISSED (without prejudice) because plaintiff Moody has failed to comply with the Court's order to (i) pay the filing fee; and (ii) file an amended complaint.  *See* Dkt.Nos. 4, 9 and 10.

   Because this dismissal is without prejudice, Moody may move to reopen the action. Any such motion must be accompanied by full payment for the $400.00 filing fee, and an amended complaint that complies in all respects with the Court's order dismissing the complaint with leave to amend, which identified two serious deficiencies: failure to allege how the complaint was administratively exhausted and the efforts Moody has made to identify the individual defendants.  (Dkt. No. 10 at 3, 4.)

   The Clerk shall enter judgment in favor of defendant, and close the file.

   **IT IS SO ORDERED.**

**Dated:** July 17, 2018

                _____<br>
                WILLIAM H. ORRICK<br>
                United States District Judge