UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA R MOODY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 18-cv-00788-WHO (PR)<br><br>**ORDER DENYING MOTION TO TRANSFER;**<br><br>**ORDER DENYING SECOND MOTION TO WAIVE THE FILING FEE**<br><br>Dkt. Nos. 18 and 19 |

This federal tort suit was dismissed and a motion to reopen was denied. (Dkt. Nos. 12, 13, and 17.) Since then, plaintiff Moody has filed a motion to transfer and a second motion to waive the filing fee. (Dkt. Nos. 18 and 19.)

The motion to transfer this suit to the Northern District is DENIED. (Dkt. No. 18.) The suit is in the Northern District. No transfer is needed.

The second motion to waive the filing fee is DENIED for the reasons given in the last such motion: plaintiff has sufficient funds to pay the filing fee. Even if she were entitled to proceed without prepayment, the suit could not proceed, as explained below.

Moody has filed three post-judgment motions. In none of them has she attended to the crucial issue in this case: jurisdiction. Before filing suit under the Federal Tort Claims Act (FTCA), a plaintiff must file an administrative claim with the proper agency and have

it denied by the agency in writing. *See Brady v. United States*, 211 F.3d 499, 503 (9th Cir. 2000). The timely filing of an administrative claim is a jurisdictional prerequisite to filing a suit under the FTCA. *Id.* at 503. In none of her filings has Moody shown that this jurisdictional requirement has been met.

The Court will quote from a prior order: "The Court has no authority to entertain Moody's suit until she has properly exhausted her administrative remedies. Accordingly, the Court will not consider any motion to reopen until Moody has established that the jurisdictional requirement is satisfied." (Order Denying Motion to Reopen, Dkt. No. 17 at 2.) Filing repeated motions to waive the filing fee does not meet this requirement.

The Clerk shall terminate Dkt. Nos. 18 and 19.

**IT IS SO ORDERED.**

Dated: December 13, 2018



WILLIAM H. ORRICK
United States District Judge